

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, February 3, 2015

No. 04-14-00809-CR

Ex Parte George **GARCIA**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2000CR5603W
The Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

On January 14, 2015, after Appellant failed to provide this court with an appealable order or a trial court certification of Appellant's right of appeal, we dismissed this appeal for want of jurisdiction.

On January 22, 2015, Appellant filed a motion for rehearing and, the next day, the Bexar County District Clerk filed a supplemental clerk's record which contains, as previously ordered, a signed, written order and a trial court's certification.

Acting *sua sponte*, we withdraw our opinion and order of January 14, 2015, that dismissed this appeal, and our order of the same date which assigned the panel and set the submission date for this appeal. *See* TEX. R. APP. P. 19.1, 31.1.

Appellant's motion for rehearing is moot. *See* TEX. R. APP. P. 49.1.

The clerk's and reporter's records have been filed; Appellant's brief is due TWENTY DAYS from the date of this order. *See* TEX. R. APP. P. 31.1, 38.6(a).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2015.



Keith E. Hottle
Clerk of Court